UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONES TYLER MARTIN,

                        Plaintiff,                  **ORDER**

v.

                                                        19-CV-7979 (PMH)

K. MIHALIK, et al.,

                        Defendants.
-----------------------------------------------------------X

       On April 15, 2020, Defendants served on Plaintiff a motion to dismiss Plaintiff's Amended Complaint. (Doc. 33). Plaintiff's opposition was due June 1, 2020. (*See* Doc. 27). To date, Plaintiff has not filed an opposition to Defendants' motion or sought an extension of time to oppose.

       The Court *sua sponte* extends plaintiff's time to oppose Defendants' motion to dismiss to August 3, 2020. Defendants' reply, if any, is due August 10, 2020.

       **If Plaintiff fails to file his opposition by August 3, 2020, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

       Defendants are instructed to mail a copy of this Order to plaintiff at the address on the docket and provide proof of service on the docket by July 6, 2020.

Dated: New York, New York
          July 1, 2020

                                                  SO ORDERED:

                                                  _____

                                                  Philip M. Halpern
                                                  United States District Judge